No. 99–1313. LONGMAN ET AL. v. FOOD LION, INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 99–1319. UNITED STATES EX REL. WEDDINGTON v. SCOTT & WHITE MEMORIAL HOSPITAL ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–1320. CAMPBELL v. SLETTEN ET AL. C. A. 8th Cir. Certiorari denied.

No. 99–1328. DIMA CORP. v. TOWN OF HALLIE. C. A. 7th Cir. Certiorari denied.

No. 99–1329. GRAYSON, ADMINISTRATOR OF THE ESTATE OF COLLINS, DECEASED v. ROYER. C. A. 4th Cir. Certiorari denied.

No. 99–1334. FOREMAN ET AL. v. DALLAS COUNTY ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–1336. JONES v. LINCOLN ELECTRIC CO. ET AL. C. A. 7th Cir. Certiorari denied.

No. 99–1340. WHELCHEL v. CITY OF COVINGTON ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–1345. DILORETO v. BOARD OF EDUCATION, DOWNEY UNIFIED SCHOOL DISTRICT, ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–1346. KRIM ET AL. v. ABBOUD ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–1348. BVR LIQUIDATING, INC., FKA BEAVER PRECISION PRODUCTS, INC., ET AL. v. INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, ET AL. C. A. 6th Cir. Certiorari denied.

No. 99–1350. SOUDERS v. LUCERO ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–1352. BROWN v. NEW YORK CITY POLICE DEPARTMENT ET AL. C. A. 2d Cir. Certiorari denied.